IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JEFFREY D. CALVERT, §
§
Petitioner, §
§
v. § 2:08-CV-0057
§
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION FOR RECONSIDERATION

Before the Court is petitioner's May 12, 2008 motion for reconsideration in which he requests reconsideration of the April 21, 2008 order adopting the Report and Recommendation to deny petitioner's habeas corpus application as time barred. On February 10, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motion be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, petition's motion for reconsideration is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _2nd_ day of _March_ 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE